1 BENJAMIN B. WAGNER
United States Attorney
2 PAUL A. HEMESATH
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|             Plaintiff, ) | D.C. NO. 2-11-mj-284 DAD |
| ) | |
|     v. ) | APPLICATION AND ORDER |
| ) | FOR UNSEALING COMPLAINT |
| VICTOR VARGAS-CHAVEZ, ) | |
| ) | |
|             Defendant. ) | |
| _____) | |

On September 8, 2011, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: October 18, 2011          BENJAMIN B. WAGNER
                                 United States Attorney


                                 By:/s/ Paul A. Hemesath
                                    PAUL A. HEMESATH
                                    Assistant U.S. Attorney

                                 ORDER
SO ORDERED:

DATED: October 18, 2011          /s/ Carolyn K. Delaney
                                 HON. CAROLYN K. DELANEY
                                 U.S. Magistrate Judge